NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

## IN RE CITY OF HOUSTON

---

2012-1356
(Serial No. 77/660,948)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for extensions of time, until October 9, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

SEP 27 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 27 2012

JAN HORBALY
CLERK

IN RE CITY OF HOUSTON                                              2

cc:  Raymond T. Chen, Esq.
     Mark Chretien, Esq.

s27